JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 08-561-EJG |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| ORLANDO ISRAEL SALAZAR LOPEZ, | Date: August 28, 2009<br>Time: 10:00 p.m.<br>Hon. Edward J. Garcia |
| Defendants. | |

    Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby Wilkerson, Jr., Sioeli Tanaki Vilingia, Jose Leobardo Castro, Bruno Ramon Sanchez Yanez, Pedro Ernesto Ortiz, and Jorge Ramos Rodelo, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from July 17, 2009, to **August 28, 2009, at 10:00 a.m.**

    All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses. The indictment is the result of a wiretap investigation.

To date, defense counsel have received more than 3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone calls. The vast majority of recorded calls are in Spanish. Further, counsel has received transcripts of many of the recorded phone calls, which contain translations into English. Counsel has also been informed by the prosecution that additional transcripts are forthcoming.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through July 17, 2009. This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from July 17, 2009 through August 28, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: July 14, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated: July 14, 2009

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
LAURA PLASCENCIA GARCIA

Dated: July 14, 2009

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, Jr.
Attorney for Defendant
BOBBY WILKERSON, JR.

Dated: July 14, 2009

/s/ Fred Neal Dawson
FRED NEAL DAWSON
Attorney for Defendant
SIOELI TANAKI VILLINGIA

Dated: July 14, 2009

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
JOSE LEOBARDO CASTRO

Dated: July 14, 2009

/s/ Gilbert A. Roque
GILBERT A. ROQUE
Attorney for Defendant
BRUNO RAMON SANCHEZ YANEZ

Dated: July 14, 2009

/s/ Dan Frank Koukol
DAN FRANK KOUKOL
Attorney for Defendant
PEDRO ERNESTO ORTIZ

Dated: July 14, 2009

/s/ Hector Cavazos, Jr.
HECTOR CAVAZOS, JR.
Attorney for Defendant
Jorge Ramos Rodelo

LAWRENCE G. BROWN
U.S. Attorney

Dated: July 14, 2009

By:   /s/ Jill Marie Thomas
      JILL MARIE THOMAS
      Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: July 14 , 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge

3