JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>　　v.  )<br>  )<br>ORLANDO ISRAEL SALAZAR  )<br>LOPEZ,  )<br>  )<br>　　　　Defendants.  )<br>_____ ) | No. CR-S 08-561-EJG<br><br>**STIPULATION AND ORDER**<br><br><br>Date: September 25, 2009<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

　　Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby Wilkerson, Jr., Sioeli Tanaki Vilingia, Jose Leobardo Castro, Bruno Ramon Sanchez Yanez, Pedro Ernesto Ortiz, and Jorge Ramos Rodelo, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from August 28, 2009, to **September 25, 2009, at 10:00 a.m.**

　　All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses.  The indictment is the result of a wiretap investigation.

1  To date, not counting transcripts which are not bates stamped, defense counsel have received more than 3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone calls.  The vast majority of recorded calls are in Spanish.  Since the last status conference, the government has provided the defense with 3 CDs that contain transcripts of many of the recorded phone calls, which contain translations into English.   Counsel estimates that there are well over 1,000 pages of transcripts.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through August 28, 2009.  This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from August 28, 2009 through September 25, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated:  August 25, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated:  August 25, 2009

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
LAURA PLASCENCIA GARCIA

///

2

```
 1  ///
 2       Dated:  August 25, 2009
                                              /s/ Danny D. Brace, Jr.
 3                                            DANNY D. BRACE, Jr.
                                              Attorney for Defendant
 4                                            BOBBY WILKERSON, JR.

 5       Dated:  August 25, 2009
                                              /s/ Fred Neal Dawson
 6                                            FRED NEAL DAWSON
                                              Attorney for Defendant
 7                                            SIOELI TANAKI VILLINGIA

 8       Dated:  August 25, 2009
                                              /s/ Dwight M. Samuel
 9                                            DWIGHT M. SAMUEL
                                              Attorney for Defendant
10                                            JOSE LEOBARDO CASTRO

11       Dated:  August 25, 2009
                                              /s/ Gilbert A. Roque
12                                            GILBERT A. ROQUE
                                              Attorney for Defendant
13                                            BRUNO RAMON SANCHEZ YANEZ

14       Dated:  August 25, 2009
                                              /s/ Dan Frank Koukol
15                                            DAN FRANK KOUKOL
                                              Attorney for Defendant
16                                            PEDRO ERNESTO ORTIZ

17       Dated:  August 25, 2009
                                              /s/ Hector Cavazos, Jr.
18                                            HECTOR CAVAZOS, JR.
                                              Attorney for Defendant
19                                            Jorge Ramos Rodelo

20                                            LAWRENCE G. BROWN
                                              U.S. Attorney
21       Dated:  August 25, 2009

22                                      By:   /s/ Jill Marie Thomas
                                              JILL MARIE THOMAS
23                                            Assistant U.S. Attorney

24

25

26

27

28                                       3
```

# ORDER

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated:   August 27, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge

4