JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-561-EJG |
|            Plaintiff, ) | **STIPULATION AND ORDER** |
|     v. ) | |
| ORLANDO ISRAEL SALAZAR ) | Date: February 26, 2010 |
| LOPEZ, ) | Time: 10:00 a.m. |
|           Defendants. ) | Hon. Edward J. Garcia |

Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby
Wilkerson, Jr., Sioeli Tanaki Vilingia, Jose Leobardo Castro, Bruno Ramon Sanchez
Yanez, Pedro Ernesto Ortiz, and Jorge Ramos Rodelo, through their respective counsel,
and the United States, through its counsel, hereby stipulate and request that the Court
continue the status conference in the above-captioned case from January 29, 2010, to
**February 26, 2010, at 10:00 a.m.**

All the listed defendants are charged in this case with conspiracy to distribute and
possess with the intent to distribute controlled substances in violation of 21 U.S.C.
§§ 841(a)(1) and 846, as well as other offenses.   The indictment is the result of a wiretap
investigation. At the last status conference, the Court set a trial confirmation hearing on

September 24, 2010 and a jury trial on October 25, 2010.  A status conference was set as a control date for January 29, 2010.  Counsel are continuing to prepare for trial and/or plea and do not believe a status conference on January 29, 2010 will be productive.  To date, not counting transcripts which are not bates stamped, defense counsel have received more than 3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone calls.  The vast majority of recorded calls are in Spanish.  Counsel also estimates that there are well over 1,000 pages of transcripts.  Some counsel are also in the process of negotiation in anticipation of a plea.  Counsel believe a status conference at the end of February will be more appropriate and thus ask that the status conference be continued from January 29, 2010 to February 26, 2010.

At the last status conference, the Court made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through the trial date of October 25, 2010.  For the reasons set forth above, the parties stipulate and request that the Court continue to exclude time within which the trial must commence under the Speedy Trial Act through October 25, 2010, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated:  January 27, 2010

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated:  January 27, 2010

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
LAURA PLASCENCIA GARCIA

///

2

///

Dated:  January 27, 2010

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, Jr.
Attorney for Defendant
BOBBY WILKERSON, JR.

Dated:  January 27, 2010

/s/ Fred Neal Dawson
FRED NEAL DAWSON
Attorney for Defendant
SIOELI TANAKI VILLINGIA

Dated:  January 27, 2010

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
JOSE LEOBARDO CASTRO

Dated:  January 27, 2010

/s/ Gilbert A. Roque
GILBERT A. ROQUE
Attorney for Defendant
BRUNO RAMON SANCHEZ YANEZ

Dated:  January 27, 2010

/s/ Dan Frank Koukol
DAN FRANK KOUKOL
Attorney for Defendant
PEDRO ERNESTO ORTIZ

Dated:  January 27, 2010

/s/ Hector Cavazos, Jr.
HECTOR CAVAZOS, JR.
Attorney for Defendant
Jorge Ramos Rodelo

LAWRENCE G. BROWN
U.S. Attorney

Dated:  January 27, 2010

By:   /s/ Jill Marie Thomas
JILL MARIE THOMAS
Assistant U.S. Attorney

3

# ORDER

**IT IS SO ORDERED.**

Dated:   <u>January 27 </u>, 2010

<u>/s/ Edward J. Garcia</u>
HON. EDWARD J. GARCIA
U.S. District Judge

4