JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

FILED

FEB 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ORLANDO ISRAEL SALAZAR LOPEZ,<br><br>　　　　　Defendants. | No. CR-S 08-561-EJG<br><br>**STIPULATION AND ORDER**<br><br>Date: April 23, 2010<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

C/EJG

　　　Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby Wilkerson, Jr., Sioeli Tanaki Vilingia, Jose Leobardo Castro, Bruno Ramon Sanchez Yanez, Pedro Ernesto Ortiz, and Jorge Ramos Rodelo, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from February 26, 2010, to **April 23, 2010, at 10:00 a.m.**

　　　All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses. The indictment is the result of a wiretap investigation. At the last status conference, the Court set a trial confirmation hearing on September 24, 2010 and a jury trial on October 25, 2010. A status conference is currently

1  set for February 26, 2010. Counsel are continuing to prepare for trial and/or plea and do
2  not believe a status conference on February 26, 2010 will be productive. To date, not
3  counting transcripts which are not bates stamped, defense counsel have received more than
4  3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone
5  calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone
6  calls. The vast majority of recorded calls are in Spanish. Counsel also estimates that there
7  are well over 1,000 pages of transcripts. Some counsel are also in the process of
8  negotiation in anticipation of a plea. Counsel believe a status conference on April 23, 2010
9  will be more appropriate and thus ask that the status conference be continued from
10 February 26, 2010 to April 23, 2010.

11       At the last status conference, the Court made a finding that this case is "complex"
12 and has excluded time under the Speedy Trial Act on this ground and for defense
13 preparation through the trial date of October 25, 2010. For the reasons set forth above, the
14 parties stipulate and request that the Court continue to exclude time within which the trial
15 must commence under the Speedy Trial Act through October 25, 2010, for defense
16 preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2
17 and T4).

                                        Respectfully submitted,

Dated: February 24, 2010

                                        /s/ John Balazs
                                        JOHN BALAZS
                                        Attorney for Defendant
                                        ORLANDO ISRAEL SALAZAR LOPEZ

Dated: February 24, 2010

                                        /s/ Krista Hart
                                        KRISTA HART
                                        Attorney for Defendant
                                        LAURA PLASCENCIA GARCIA

///
///

2

1  Dated: February 24, 2010

/s/ Danny D. Brace, Jr.
2  DANNY D. BRACE, Jr.
   Attorney for Defendant
3  BOBBY WILKERSON, JR.

4  Dated: February 24, 2010

/s/ Fred Neal Dawson
5  FRED NEAL DAWSON
   Attorney for Defendant
6  SIOELI TANAKI VILLINGIA

7  Dated: February 24, 2010

/s/ Dwight M. Samuel
8  DWIGHT M. SAMUEL
   Attorney for Defendant
9  JOSE LEOBARDO CASTRO

10 Dated: February 24, 2010

/s/ Gilbert A. Roque
11 GILBERT A. ROQUE
   Attorney for Defendant
12 BRUNO RAMON SANCHEZ YANEZ

13 Dated: February 24, 2010

/s/ Dan Frank Koukol
14 DAN FRANK KOUKOL
   Attorney for Defendant
15 PEDRO ERNESTO ORTIZ

16 Dated: February 24, 2010

/s/ Hector Cavazos, Jr.
17 HECTOR CAVAZOS, JR.
   Attorney for Defendant
18 Jorge Ramos Rodelo

19 LAWRENCE G. BROWN
   U.S. Attorney
20 Dated: February 24, 2010

21                              By:  /s/ Jill Marie Thomas
                                     JILL MARIE THOMAS
22                                   Assistant U.S. Attorney

23

24

25

26

27

28                                           3

**ORDER**

**IT IS SO ORDERED.**

Dated: __Feb 25__, 2010

HON. EDWARD J. GARCIA
U.S. District Judge

4