JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
OSCAR SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORLANDO ISRAEL SALAZAR ) <br> LOPEZ, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CR-S 08-561-EJG <br><br> **STIPULATION AND ORDER** <br><br><br> Date: June 18, 2010 <br> Time: 10:00 a.m. <br> Hon. Edward J. Garcia |

    Defendants Orlando Israel Salazar Lopez, Laura Plascencia Garcia, Bobby Wilkerson, Jr., Jose Leobardo Castro, Bruno Ramon Sanchez Yanez, and Jorge Ramos Rodelo, through their respective counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from May 21, 2010, to **June 18, 2010, at 10:00 a.m.**

    All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses. The indictment is the result of a wiretap investigation. At an earlier status conference, the Court set a trial confirmation hearing on September 24, 2010 and a jury trial on October 25, 2010. A status conference was set for a control date and is now scheduled for May 21, 2010. Counsel are continuing to prepare

for trial and/or plea and do not believe a status conference on May 21, 2010 will be productive. To date, not counting transcripts which are not bates stamped, defense counsel have received more than 3,100 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover informant, and hundreds of recorded wiretap-intercepted phone calls. The vast majority of recorded calls are in Spanish. Counsel also estimates that there are well over 1,000 pages of transcripts. Some counsel are also in the process of negotiation in anticipation of a plea. Counsel believe a status conference on June 18, 2010 will be more appropriate and thus ask that the status conference be continued from May 21, 2010 to June 18, 2010.

    At the last status conference, the Court made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through the trial date of October 25, 2010. For the reasons set forth above, the parties stipulate and request that the Court continue to exclude time within which the trial must commence under the Speedy Trial Act through October 25, 2010, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: May 19, 2010

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated: May 19, 2010

/s/ Krista Hart
KRISTA HART
Attorney for Defendant
LAURA PLASCENCIA GARCIA

Dated: May 19, 2010

/s/ Danny D. Brace, Jr.
DANNY D. BRACE, Jr.
Attorney for Defendant
BOBBY WILKERSON, JR.

Dated: May 19, 2010

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant
JOSE LEOBARDO CASTRO

Dated: May 19, 2010

/s/ Gilbert A. Roque
GILBERT A. ROQUE
Attorney for Defendant
BRUNO RAMON SANCHEZ YANEZ

Dated: May 19, 2010

/s/ Hector Cavazos, Jr.
HECTOR CAVAZOS, JR.
Attorney for Defendant
JORGE RAMOS RODELO

BENJAMIN WAGNER
U.S. Attorney

Dated: May 19, 2010

By:   /s/ Jill Marie Thomas
JILL MARIE THOMAS
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:   May 19, 2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge

3