HECTOR A. CAVAZOS, JR. SB#226400
CAVAZOS LAW FIRM
501 West Weber Avenue, Suite 300A
Stockton, CA  95203
Tel: (209) 948-2222
Facsimile: (209) 948-9999

Attorney for Defendant
JORGE RAMOS RODELO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-561-EJG |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JORGE RAMOS RODELLO | |
| Defendants. | |

Defendant, Jorge Ramos Rodelo, through counsel, Hector A. Cavazos, Jr., and the United States of America, by and through, Jill Thomas, Assistant United States Attorney, hereby stipulate and request that the Court continue the status conference in the above-captioned case from Friday, October 8, 2010, to Friday, November 12, 2010, at 10:00 a.m.

Counsel is continuing to prepare for trial and/or plea and does not believe a status conference on October 8, 2010 will be productive.  An offer is outstanding and further time is needed for discussion.

It is further stipulated that the period from the date of this stipulation, October 6, 2010 through and including November 12, 2010, be excluded in computing the time within which trial

Stipulation and Order to Continue Status Conference- 1-

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Codes T-4 and T-2 for preparation of defense counsel

Respectfully submitted,

Dated: October 6, 2010                              /s/ Hector A. Cavazos, Jr.
                                                    Hector A. Cavazos, Jr.
                                                    Attorney for Defendant
                                                    JOSE RAMOS RODELO

Dated: October 6, 2010                              /s/ Jill Marie Thomas
                                                    Jill Marie Thomas
                                                    Assistant U.S. Attorney

IT IS SO ORDERD:

Dated:  October 7, 2010                              /s/ Edward J. Garcia
                                         _____
                                                    United States District Judge