BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. 08-561 EJG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| | ) VACATING TRIAL DATE, REQUESTING |
| | ) DATE FOR CHANGE OF PLEA, AND |
| v. | ) EXCLUDING TIME |
| | ) |
| JORGE RAMOS RODELO, | ) |
| | ) |
| Defendant. | ) Hon. Edward J. Garcia |

The parties request that the trial date of January 24, 2011 in the above-referenced case be vacated and that a date for a change of plea be set on February 4, 2011.  Additionally, the parties request and stipulate that the time beginning November 12, 2010, and extending through February 4, 2011 should be excluded from the calculation of time under the Speedy Trial Act.

The parties have reached a tentative plea agreement and we expect to proceed to a change of plea hearing on February 4, 2011.  The defense attorney has requested the time between now and February 4, 2011 to finalize details with his client.

The parties request that a new trial date and a new trial

1

1 confirmation date be set in case the parties cannot resolve the
2 case.  The parties agree to a April 18, 2011 trial date with a
3 trial confirmation hearing on April 1, 2011.
4     Defendant Rodelo and the United States submit that the ends
5 of justice are served by the Court excluding such time, in order
6 to permit the counsel a reasonable time to work through the
7 details of the plea agreement, taking into account the exercise
8 of due diligence.  In particular, defense counsel will need
9 additional time to review and evaluate the newly offered plea
10 agreement.  The parties stipulate and agree that the interests of
11 justice served by granting this continuance outweigh the best
12 interests of the public and the defendant in a speedy trial.  18
13 U.S.C. § 3161(h) and local code T-4.

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: January 5, 2011              By:/s/ Jill Thomas
                                        JILL THOMAS
                                        Assistant U.S. Attorney

Dated: January 5, 2011              By:/s/ Hector Cavazos, Jr.
                                        HECTOR CAVAZOS, Jr.
                                        Attorney for defendant
                                        Jorge Ramos Rodelo

**ORDER**

In case number 08-561 EJG, the time beginning November 12, 2010, and extending through February 4, 2011, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h) and local code T-4. Furthermore, the trial date of January 24, 2011 is vacated and a change of plea hearing is set for February 4, 2011. The new trial date will be set for April 18, 2011 and the trial confirmation hearing will be set for April 1, 2011.

IT IS SO ORDERED.

Dated: January 6, 2011           /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge